

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:** 4/9/2021

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

April 8, 2021

BY ECF

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: April 9, 2021   /s/ Stewart D. Aaron

Re:  Richard Lonecke v. Comm'r of Soc. Sec.
     20 Civ. 10794 (LTS) (SDA)

Dear Judge Aaron:

  This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on April 13, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until June 14, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

         Respectfully,

         AUDREY STRAUSS
         United States Attorney

      By:   s/  *Susan D. Baird*
         SUSAN D. BAIRD
         Assistant United States Attorney
         tel. (212) 637-2713
         Susan.Baird@usdoj.gov

cc: Charles E. Binder, Esq.