UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD EDWARD LONECKE, JR.,

              Plaintiff,

vs.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

             Defendant.
------------------------------------------------------------X

Civil Action No.:
1:20-CV-10794-LTS-SDA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021

## ORDER

AND, NOW, this __2nd__ day of __August__, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due September 13, 2021. Defendant's opposition to Plaintiff's motion and cross-motion is due November 12, 2021. Plaintiff's reply, if any, is due December 3, 2021.

Entered: August 2, 2021

_____
Hon. Stewart D. Aaron, U.S.M.J.