```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD EDWARD LONECKE, JR.,

          Plaintiff,

vs.                                                                       Civil Action No.:
                                                                       1:20-CV-10794-LTS-SDA

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
-------------------------------------------------------------X

## ORDER

AND, NOW, this <u>10th</u> day of September, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's motion is due October 13, 2021.  Defendant's opposition to Plaintiff's motion and cross-motion is due December 13, 2021.  Plaintiff's reply, if any, is due December 27, 2021.

Entered: <u>September 10, 2021</u>

                                                                       _____
                                                                       Stewart D. Aaron
                                                                       United States Magistrate Judge