UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

RICHARD EDWARD LONECKE JR.,

        Plaintiff,

   -v-                                     No. 1:20-CV-10794-LTS-SDA

FRANK J. BISIGNANO, Commissioner of
Social Security,[1]

        Defendant.

--------------------------------------------------------x

<u>ORDER</u>

        The Court has reviewed Magistrate Judge Aaron's May 9, 2026, Report and Recommendation (docket entry no. 32 (the "Report")), which recommends that Plaintiff's motion for attorneys' fees pursuant to 42 U.S.C. section 406(b) should be granted in part and denied in part.  Neither party filed objections to the Report.

        In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C.A. § 636(b)(1)(C) (Westlaw through P.L. 119-93).  In a case such as this one, where neither party files timely objections to the magistrate judge's report and recommendation, a district court need only determine that the recommendation is not clearly erroneous or contrary to the law.  <u>Arista Records, LLC v. Doe 3</u>, 604 F.3d 110, 116 (2d Cir. 2010); <u>see</u> FED. R. CIV. P. 72.

---

[1]      Frank J. Bisignano, as Commissioner of the Social Security Administration, is automatically substituted as a party in his official capacity pursuant to Federal Rule of Civil Procedure 25(d).

The Court has carefully reviewed Judge Aaron's thorough Report and finds no clear error or legal error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Plaintiff's motion for attorneys' fees is granted in part, in the amount of $25,500.00. Upon receipt of this sum, the Law Office of Charles E. Binder and Harry J. Binder, LLP is ordered to refund to Plaintiff the previously paid fees of $1,251.00 pursuant to the Equal Access to Justice Act. See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002). Docket entry no. 26 is resolved.

SO ORDERED.

Dated: New York, New York
June 1, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge